## 8756. STAPLES *v.* ALMAND.

LUKE, J. The petition for certiorari and the answer thereto presenting an issue of fact only, and the jury in the justice's court having determined that issue adversely to the plaintiff in certiorari, it was not error for the judge of the superior court to overrule the certiorari.

*Judgment affirmed. Wade, C. J., and Jenkins, J., concur.*
DECIDED NOVEMBER 14, 1917.

Certiorari; from DeKalb superior court—Judge Smith. March 28, 1917.

*A. M. Brand,* for plaintiff in error. *L. B. Norton,* contra.